# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS, LLC, | Case No. 2:14-cv-2115-JCM-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| FEI X. LI, | |
| Defendant. | |

On December 1, 2015, Defendant Fei X. Li ("defendant") filed a sealed exhibit informing the Court of his bankruptcy petition in the United States Bankruptcy Court for the Central District of California. See Doc. # 27; Bankruptcy Case # 15-27738. Pursuant to 11 U.S.C. § 362, defendant's bankruptcy petition operates as an automatic stay on the instant action. See 11 U.S.C. § 362(a).

Accordingly, **IT IS HEREBY ORDERED** that this action is **stayed** pending termination of defendant's bankruptcy proceeding.

**IT IS FURTHER ORDERED** that defendant shall **notify** this Court of the termination of his bankruptcy proceeding **within two weeks** following termination thereof.

**IT IS FURTHER ORDERED** that following termination of defendant's bankruptcy proceeding, this Court will issue further orders as required.

DATED: December 8, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**