UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LAS VEGAS SANDS, LLC, | Case No. 2:14-CV-2115 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| FEI X. LI, | |
| Defendant(s). | |

Presently before the court is plaintiff Las Vegas Sands, LLC's motion for summary judgment. (Doc. # 19). Defendant Fei X Li has not responded, and the deadline for doing so has passed.

After the motion was filed and a settlement conference was held before Magistrate Judge Hoffman, the case was stayed pending termination of defendant Li's bankruptcy proceeding. (Doc. # 30). Li was ordered to notify the court within two weeks of the termination of the bankruptcy proceeding. (*Id.*) Defendant has not done so. Plaintiff's motion for summary judgment will therefore be denied without prejudice to refiling after the termination of defendant's bankruptcy proceeding, if the parties have not reached a resolution at that time.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Las Vegas Sands, LLC's motion for summary judgment (doc. # 19) be, and the same hereby is, DENIED without prejudice.

DATED March 17, 2016.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**