UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LAS VEGAS SANDS, LLC,

Plaintiff(s),

v.

FEI X. LI,

Defendant(s).

Case No. 2:14-CV-2115 JCM (CWH)

ORDER

Presently before the court is the matter of *Las Vegas Sands, LLC v. Li*, case no. 2:14-cv-02115-JCM-CWH.

On July 15, 2019, the court lifted the stay in the instant matter in light of the parties' confirmation that defendant Fei X Li's bankruptcy proceeding had been terminated. (ECF No. 36).

However, as the dates set forth in the court's initial scheduling order (providing the deadline to file dispositive motions) have long passed, the court will grant the parties thirty (30) days from the date of this order to file dispositive motions, as necessary. *See* (ECF No. 12). If the parties agree that no dispositive motions are necessary to proceed, the parties are ordered to file, within thirty (30) days from the date of this order, a proposed joint pretrial order.

Accordingly,

IT IS SO ORDERED.

DATED August 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge